**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JEFFREY A. B., | CASE NO. CV 20-00936-AS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED:  July 7, 2021

_____
/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE